The Honorable RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARK CHRISTENSEN,<br><br>                    Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington; and DOUGLAS WADDINGTON, individually and in his capacity as Superintendent of Washington State Corrections Center; and CAROL PORTER, individually and in her former capacity Superintendent of the Washington State Corrections Center; and MARGARET LEE individually and in her capacity as human resources manager of Washington State Corrections Center; GREG METZCUS, individually and in his capacity as safety manager of Washington State Corrections Center; STEVEN DEMARS, chief of internal investigations of Washington State Corrections Center; LIEUTENANT JOHN COTTOM, individually and in his capacity as a relief lieutenant of Washington State Corrections Center; LIEUTENANT SANDERS, individually and in his capacity as a lieutenant of the Washington State Corrections Center; LIEUTENANT JOHN CAMPBELL, | NO. C08-5191<br><br>ORDER GRANTING MOTION TO COMPEL |

| | |
|---|---|
| 1 | individually and in his capacity as a custody unit supervisor for the |
| 2 | Washington State Corrections Center, |
| 3 | Defendants. |

COME NOW, Defendants by and through their attorneys of record, Robert McKenna, Attorney General, and Andrew Logerwell, Assistant Attorney General, to compel Plaintiff to attend the IME schedule with Dr. Hamm June 10, starting at 12:00 and to complete all written testing.

At the close of the IME a copy of the written test results will be faxed to Plaintiff's expert, Dr. Hawkins. The fax number will be provided by Plaintiff's Counsel, John Bonin.

DATED this _____ day of June, 2009.

Presented by:

ROBERT M. MCKENNA
Attorney General

/s/ *Andrew Logerwell*
ANDREW LOGERWELL WSBA #38734
Assistant Attorney General
Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED That the Plaintiff will attend the IME scheduled for June 10 and that at the end of the IME, Defendants' Expert Dr. Hamm will fax a copy of the written test results to Plaintiff's Expert Dr. Hawkins.

DONE IN OPEN COURT this 9th day of June, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE