The Honorable RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| MARK CHRISTENSEN, | NO. C08-5191 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO RECONSIDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington, et al., | |
| Defendants. | |

THIS MATTER came before this Court on the Defendants' Motion to Reconsider [Dkt. #33]. The Court has considered the submissions of the parties and the record.

IT IS HEREBY ORDERED that Defendants' Motion to Reconsider is hereby GRANTED.

The current trial date is stricken. The Discovery Cutoff is extended to September 10, 2009. The new Dispositive Motion filing deadline is October 5, 2009. The parties shall complete mediation, and report on the outcome of those efforts, no later than December 4, 2009.

ORDER — 1

A New Scheduling Order regarding the due dates for Trial exhibits, witness lists, and proposed jury instructions (agreed and disputed, filed separately), as well as a new trial date, will follow.

IT IS SO ORDERED this 21st day of August, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE