The Honorable RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARK CHRISTENSEN,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, an agency of the State of Washington, et al.,<br><br>                Defendants. | NO. C08-5191<br><br>ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE |

THIS MATTER IS before this Court on the Plaintiff's Motion for a Continuance of the trial date based on his trial calendar. [Dkt. #43]. This Motion was filed on September 23. It follows a lengthy and largely unnecessary series of Motions, Declarations, Responses, Replies, Motions for Reconsideration, and Orders regarding this very topic – scheduling and re-scheduling the trial date -- that began on July 15 and ended August 24, when the Court entered a Minute Order setting the current trial date, February 8, 2010. [*See* Dkt. #s 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, and 41.]

Plaintiff's counsel claims that his conflicting trial has been scheduled since April of this year. Though none of his prior filings addressed his trial schedule, the Plaintiff has, a month later, discovered a scheduling problem that for unknown reasons was not raised earlier.

ORDER           1

Defendant opposes the Plaintiff's request, citing the lack of the requisite good cause, a topic which was explored by the Court in connection with the Defendant's earlier similar request. In short, the Court is asked once again to referee a low grade skirmish that is a waste of its and the parties' time. The Motion for a Continuance, though inexplicably late, is GRANTED. The clerk will schedule a trial date sometime after March 2010. Any further filings on this topic will result in the award of sanctions to the prevailing party.

IT IS SO ORDERED this 1st day of October, 2009.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE